IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH O. FELLEMAN, *Plaintiff*, v. SECURITIES INVESTOR PROTECTION CORPORATION ("SIPC"), *et al.*, *Defendants*. | Civil Action No.: 1:23-cv-02994-JMC |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth O. Felleman ("Felleman" or "Plaintiff") hereby files this Motion for Default JUDGMENT against Defendants Securities Investor Protection Corporation ("SIPC"), Claudia Slacik, Josephine Wang, Charles Glover, and Karen Saperstein (collectively as "Defendants"). Additionally, Plaintiff requests that the deadline to file an Opposition to Defendants' Motion to Dismiss be tolled until this Court can rule on the instant Motion. A Statement of Point and Authorities and a Proposed Order accompany the instant Motion, pursuant to Local Civil Rules 7(a), (c).

Dated this 2nd day of January 2024.

        Respectfully submitted,

        */s/Valerie A. Teachout*
        Valerie A. Teachout, Esq. (DC Bar No. 1015719)
        THE SPIGGLE LAW FIRM, P.C.
        3601 Eisenhower Avenue, Suite 425
        Alexandria, Virginia 22304
        V. Teachout Direct Line: (571) 513-6942
        Main Line: (202) 449-8527
        Facsimile: (202) 517-9179
        Email: vteachout@spigglelaw.com

        *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 2nd day of January 2024, a true copy of the foregoing document has been served via CM/ECF eFiling electronic service to the following:

Carson H. Sullivan
PAUL HASTINGS LLP
2050 M Street N.W.
Washington, DC 20036
carsonsullivan@paulhastings.com

                       */s/Valerie A. Teachout*
                       Valerie A. Teachout, Esq.