IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH O. FELLEMAN,** | |
| *Plaintiff,* | |
| v. | Civil Action No.: 1:23-cv-02994-JMC |
| **SECURITIES INVESTOR PROTECTION CORPORATION ("SIPC"),** *et al.,* | |
| *Defendants.* | |

**PLAINTIFF'S STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF THE MOTION FOR DEFAULT.**

Plaintiff Elizabeth O. Felleman ("Felleman" or "Plaintiff") submits this Memorandum in Support of Plaintiff's Motion for Default, and in support thereof, states as follows:

1. On October 10, 2023, Plaintiff filed her Initial Complaint (ECF No. 1). Summons were issued for each defendant on October 11, 2023 (ECF No. 2).

2. On October 19, 2023, Defendants, through Counsel Edward Isler, Esq., submitted a Waiver of Summons for each named Defendant (ECF No. 3-7). This waiver stipulated that an answer to the Complaint or a motion under Rule 12 be filed and served within sixty (60) days from October 19, 2023, in accordance with Fed. R. Civ. Pro. 4(d)(3).

3. Sixty (60) days after October 19, 2023, was December 18, 2023.

4. On December 18, 2023, on the last day to properly file an Answer or Rule 12 motion, Defendants, through their Counsel Carson H. Sullivan, filed a Motion to Dismiss Plaintiff's Complaint, with a supporting Memorandum of Point and Authorities (ECF No. 9).

5. On December 20, 2023, this Court entered a Notice of Non-Certified Status against Counsel Sullivan regarding Defendants' Motion to Dismiss (ECF No. 9) ("Court's December 20,

1

2023 Notice"). Specifically, the Court stated that because Ms. Sullivan's attorney renewal had not been received, her membership with the Court "is not in good standing, and [she is] not permitted to file." (ECF No. 9 Motion to Dismiss Plaintiff's Complaint)

6. Pursuant to Local Civil Rule 83, attorneys must renew their memberships to this Court every three years. Attorneys who fail to renew their membership will not be permitted to appear or file. *See*, Attorney Admissions, E-Filing Registration, and Renewal Information | District of Columbia | United States District Court (https://www.dcduscourts.gov/attorney-renewal/).

7. The Federal Rules provide that when a party fails to "plead or otherwise defend," and that failure "is shown by affidavit or otherwise, the clerk **must** enter the party's default." Fed. R. Civ. P. 55(a) (emphasis added).

8. As of December 18, 2023, Ms. Sullivan was not a member in good standing of this Court and thus was not permitted to appear or make any filings before the Court. *See* Court's December 20, 2023, Notice. Further, Defendants had not entered an appearance for any other counsel as of that date.

9. Because Ms. Sullivan did not "cure" the defect relating to the filing of Defendants' Motion to Dismiss until *after* the deadline for filing said motion, and Defendants had not entered the appearance of any other counsel as of the filing deadline, the Motion to Dismiss was not filed in accordance with the rules of this Court or the Federal Rules of Civil Procedure by the filing deadline.

10. With no timely filed Motion to Dismiss or Answer, Defendants failed to plead or otherwise defend against Plaintiff's suit.

11. Accordingly, Default Judgment is proper and must be entered against the Defendants. *See* Fed. R. Civ. P. 55(a).

## Conclusion

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the following relief:

a. That this Court finds Defendants did not timely file an Answer or Fed. R. Civ. P. 12 motion to dismiss; and further,

b. That this Court grant the Motion for Default; and further,

c. That this Court finds Defendants in Default.

Dated this 2nd day of January 2024.

        Respectfully submitted,

        */s/Valerie A. Teachout*
Valerie A. Teachout, Esq. (DC Bar No. 1015719)
THE SPIGGLE LAW FIRM, P.C.
3601 Eisenhower Avenue, Suite 425
Alexandria, Virginia 22304
V. Teachout Direct Line: (571) 513-6942
Main Line: (202) 449-8527
Facsimile: (202) 517-9179
Email: vteachout@spigglelaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of January 2024, a true copy of the foregoing document has been served via CM/ECF eFiling electronic service to the following:

Carson H. Sullivan
PAUL HASTINGS LLP
2050 M Street N.W.
Washington, DC 20036
carsonsullivan@paulhastings.com

/s/Valerie A. Teachout
Valerie A. Teachout, Esq.