## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELIZABETH O. FELLEMAN,** | |
| *Plaintiff*, | |
| v. | **Civil Action No.: 1:23-cv-02994-JMC** |
| **SECURITIES INVESTOR PROTECTION CORPORATION ("SIPC"), *et al.,*** | |
| *Defendants*. | |

### NOTICE OF WITHDRAWAL OF
### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, Elizabeth O. Felleman, by her undersigned counsel, and upon further consideration and consultation with counsel for the Defendants, hereby gives notice of her withdrawal of Plaintiff's Motion for Default Judgment [Dkt. 11] filed in the instant matter on January 4, 2024.

Respectfully submitted,

*/s/Valerie A. Teachout*
Valerie A. Teachout, Esq. (DC Bar No. 1015719)
THE SPIGGLE LAW FIRM, P.C.
3601 Eisenhower Avenue, Suite 425
Alexandria, Virginia 22304
V. Teachout Direct Line: (571) 513-6942
Main Line: (202) 449-8527
Facsimile: (202) 517-9179
Email: vteachout@spigglelaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of January 2024, a true copy of the foregoing document has been served via CM/ECF eFiling electronic service to the following:

Carson H. Sullivan
PAUL HASTINGS LLP
2050 M Street N.W.
Washington, DC 20036
carsonsullivan@paulhastings.com

/s/Valerie A. Teachout
Valerie A. Teachout, Esq.