# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

**ELIZABETH O. FELLEMAN,**

    *Plaintiff*,

v.

**SECURITIES INVESTOR PROTECTION CORPORATION ("SIPC"),** *et al.*,

    *Defendants*.

**Civil Action No.: 1:23-cv-02994-JMC**

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that the undersigned attorney hereby withdraws as counsel of record for Plaintiff, Elizabeth O. Felleman pursuant to LCvR 83.6(b). Effective May 1, 2024, Attorney Valerie A. Teachout will no longer be employed with The Spiggle Law Firm, P.C. Attorney Louise E. Ryder and Attorney Zachary Aman (admitted pro hac vice), of The Spiggle Law Firm, P.C., will continue to represent Plaintiff in this matter.

Date:  April 29, 2024

Respectfully submitted,

*/s/Valerie A. Teachout*
Valerie A. Teachout, Esq. (VSB 70887)
**THE SPIGGLE LAW FIRM, P.C.**
3601 Eisenhower Ave., Suite 425
Alexandria, Virginia 22304
Direct: (571) 513-6942
Main: (202) 449-8527
Facsimile: (202) 517-9179
Email: vteachout@spigglelaw.com

**AGREED:**

*Elizabeth Felleman*
9E2AD3895D8B4DD...
ELIZABETH O. FELLEMAN, Plaintiff

1

## CERTIFICATE OF SERVICE

On April 29, 2024, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled **NOTICE OF WITHDRAWAL AS COUNSEL** on all the appearing and/or interested parties in this action.

Carson H. Sullivan
PAUL HASTINGS LLP
2050 M Street N.W.
Washington, DC 20036
carsonsullivan@paulhastings.com

*Counsel for Defendant*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Alexandria, Virginia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Spiggle Law Firm, PC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

☐ **(BY PROCESS SERVER)** I delivered the foregoing document to a process server to effectuate process via personal service. Once a proof of service is received from the process server, our office will file the proof of service reflecting the date of personal service by the process server.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed on April 29, 2024, at Alexandria, Virginia.

*/s/ Valerie A. Teachout*
Valerie A. Teachout