UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH O. FELLEMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>SECURITIES INVESTOR PROTECTION CORPORATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 23-02994 (AHA) |

### Order

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to dismiss, ECF No. 9, is granted. This case is dismissed without prejudice. The Clerk of Court is directed to close the case.

**SO ORDERED.**

_____

AMIR H. ALI
United States District Judge

Date:   January 27, 2025